FILED
CLERK, U.S. DISTRICT COURT

8/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>WILLIAM HAYES,<br>  aka "ko hong,"<br>      "hokong69," and<br>      "brianwilson2461,"<br><br>          Defendant. | CR  2:20-cr-00378-GW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2251(a), (e): Attempted Production of Child Pornography; 18 U.S.C. § 2422(b): Attempted Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2252A(a)(5)(B): Possession of Child Pornography; 18 U.S.C. §§ 2253 and 2428 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

## COUNT ONE

### [18 U.S.C. §§ 2251(a), (e)]

Beginning on or about August 9, 2017, in Ventura County, within the Central District of California, and elsewhere, defendant WILLIAM HAYES, also known as "ko hong," "hokong69," and "brianwilson2461," knowingly attempted to employ, use, persuade, induce, entice, and coerce a person he believed to be a minor girl to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section

2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning on or about January 25, 2019, and continuing to on or about March 5, 2019, in Ventura County, within the Central District of California, and elsewhere, defendant WILLIAM HAYES, also known as "ko hong," "hokong69," and "brianwilson2461," used a facility and means of interstate and foreign commerce, namely, the Internet, to knowingly attempt to persuade, induct, entice, and coerce an individual who had not attained the age of 18 years, namely, a ten-year-old girl ("the Minor"), to engage in sexual activity for which a person can be charged with a criminal offense, namely, production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

In attempting to commit this offense, defendant HAYES did something that was a substantial step toward committing the offense, including the following acts, among others:

1.    On or about January 25, 2019, via Skype messenger, defendant HAYES, using the screenname "hokong69," asked someone purporting to the mother of the Minor (the "Minor's Mother") how old the minor daughter was and whether she was still a virgin.  When the Minor's Mother responded that the minor was 10 years old and still a virgin, defendant HAYES responded by writing "If I fly there... How much will you sell her virginity?" and "I want [the Minor] to be my girlfriend forever and possibly get her pregnant; Visit her many times a year; You will make $$$$$ being the mom."

3

2.   On or about February 12, 2019, via Skype messenger, defendant HAYES, using the screenname "hokong69," told the Minor's Mother "taking [the Minor's] virginity could be very painful and bloody," and, after describing how he would leave scars on the Minor's body and likely get the Minor pregnant, "You know I pay for what I want.; I have NEVER failed to pay.; If you deliver [the Minor], I will send $$$ via PayPal."

3.   On or about March 1, 2019, via Skype messenger, defendant HAYES, using the screenname "hokong69," told the Minor's Mother various prices that he would pay for different sexual acts and acts of cruelty to be performed on the Minor, which he defendant HAYES would watch on livestream camera.

4.   On or about March 5, 2019, via Skype messenger, defendant HAYES, using the screenname "hokong69," told the Minor's Mother "Why do you not want to hurt [the Minor] for me?; I look at her as a whore; As a whore she deserves to be hurt; What am I missing; You hurt her, I pay" and "You get money . . . . [the Minor] gets pain . . . I get to cum . . . "

COUNT THREE

[18 U.S.C. § 2422(b)]

Beginning on or about April 1, 2017, and continuing to on or about April 12, 2017, in Ventura County, within the Central District of California, and elsewhere, defendant WILLIAM HAYES, also known as "ko hong," "hokong69," and "brianwilson4589," used a facility and means of interstate and foreign commerce, namely, the Internet, to knowingly attempt to persuade, induct, entice, and coerce individuals who had not attained the age of 18 years, namely, a six-, seven- and ten-year old girl (collectively, the "Minors"), to engage in sexual activity for which a person can be charged with a criminal offense, namely, production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

In attempting to commit this offense, defendant HAYES did something that was a substantial step toward committing the offense, including the following acts, among others:

//

//

1.   On or about April 1, 2017, via Skype messenger, defendant HAYES, using the screenname "brianwilson4589," asked someone purporting to be the mother of the Minors (the "Minors' Mother") "How is my favorite whore ?," "whore daughter ????"

2.   On or about April 2, 2017, via Skype messenger, defendant HAYES, using the screenname "brianwilson4589," after being told by the Minors' Mother that the 6-year-old girl was present, asked "What can she do ?" and "What will she do for $ 20?  I want to pay after the show."  Defendant HAYES then asked "What can she put in her pussy ? Maybe a pen ?"

3.   On or about April 2, 2017, via Skype messenger, defendant HAYES, using the screenname "brianwilson4589," after the Minors' Mother stated that she needed payment prior to providing a video of her 6-year-old daughter, stated "Just saying I can't send first.  You know if you deliver what I want you WILL make lots of $$$$.  Since you don't want to work my way maybe you can't deliver your whore daughter ??? If you really can deliver her then do it my way and make $100s per week.  She will grow up to be a whore like her mother and I offering to help train her and help you get rich at the same time."

4.   On or about April 4, 2017, via Skype messenger, defendant HAYES, using the screenname "brianwilson4589," after the Minors' Mother stated that she had her 7-year-old and 10-year-old daughters with her, defendant HAYES asked "Action?"  After the Minors' Mother responded "what you want?," defendant HAYES stated "Suck cock." After the Minors' Mother demanded payment prior to the minors engaging in the sexual acts defendant HAYES requested, defendant HAYES stated "Ready to make $$$ with your whore daughter yet ???"

1      5.   On or about April 12, 2017, via Skype messenger, defendant
2 HAYES, using the screenname "brianwilson4589," stated to the Minors'
3 Mother "I am here to send money for you daughter whore  !!!" and "$30
4 after the show to see you lick your whore daughter's pussy !!!"

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about August 29, 2019, in Ventura County, within the Central District of California, defendant WILLIAM HAYES, also known as "ko hong," "hokong69," and "brianwilson4589," knowingly possessed a Dell Inspiron N5030, bearing service tag 858LXM1, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant HAYES possessed on the Dell Inspiron N5030 included images titled:

1.   "18f0f5db32da87b8.jpg";

2.   "7d865da3a2d56cbb.jpg"; and

3.   "48430aa13035b6a3d.jpg."

COUNT FIVE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about August 29, 2019, in Ventura County, within the Central District of California, defendant WILLIAM HAYES, also known as "ko hong," "hokong69," and "brianwilson2461," knowingly possessed a Seagate hard drive, bearing serial number 3LE1EWEQ, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

//

//

The child pornography that defendant HAYES possessed on the Seagate hard drive included images titled:

1.   "thumbnail for pic2.bmp.bmp[3370492]";

2.   "thumbnail for 7yodildo.JPG"; and

3.   "thumbnail for 1240818142617.jpg."

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 2253 and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One, Four, or Five of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)  All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received and involved in any such offense;

(b)  All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

(c)  All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and

(d)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 Section 2253(b), the defendant, if so

convicted, shall forfeit substitute property, up to the total value
of the property described in the preceding paragraph if, as the
result of any act or omission of the defendant, the property
described in the preceding paragraph, or any portion thereof: (a)
cannot be located upon the exercise of due diligence; (b) has been
transferred, sold to or deposited with a third party; (c) has been
placed beyond the jurisdiction of the court; (d) has been
substantially diminished in value; or (e) has been commingled with
other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 2428 and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts Two or Three of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)   All right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense;

(b)   All right, title, and interest in any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the traceable to gross profits or other proceeds obtained from the commission of the offense; and

//

//

1          (c)   To the extent such property is not available for

2 forfeiture, a sum of money equal to the total value of the property

3 described in subparagraphs (a) and (b).

4

5                                          A TRUE BILL

6

7                                          _____/S/_____

8                                          Foreperson

9 NICOLA T. HANNA
  United States Attorney

10

11 *Brandon Fox*

12 BRANDON D. FOX
   Assistant United States Attorney

13 Chief, Criminal Division

14 JOANNA M. CURTIS
   Assistant United States Attorney

15 Chief, Violent & Organized Crime
   Section

16

17 JEFFREY M. CHEMERINSKY
   KEVIN J. BUTLER
   Assistant United States Attorneys

18 Violent & Organized Crime Section

19

20

21

22

23

24

25

26

27

28