FILED

2020 SEP -3 AM 9:06

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: SB |
| v. William Hayes     PLAINTIFF | 2:20-cr-00378-GW |
| USMS# _____     DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9/3/2020 @ 0615    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
18 USC 2251 - Attempt Prod. of CP, 18 USC 2422(a) - Attempt enticement of a minor
18 USC 2252 Poss. of CP

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1963

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Bill Haney    Phone Number: 805-585-0048

9. Name of Pretrial Services Officer notified: Yvette

10. Remarks (if any): _____

11. Name: Joseph Hamer (please print)

12. Office Phone Number: 310 906 6138    13. Agency: FBI

14. Signature: [signature]    15. Date: 9/3/2020

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION